CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiffs,
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Owen F. Duffy (OD-3144)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

SEALAND INVESTMENT CORP.,
EASTWIND TRANSPORT, LTD. and
ATLANTIC WIND LTD.,

                   Plaintiffs,

          v.

INGOSSTRAKH INSURANCE COMPANY,

                  Defendant.

--------------------------------------------------------------X

08 CV 4874 (NRB)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

     PLEASE TAKE NOTICE that the above-entitled action *is* hereby

voluntarily dismissed without prejudice by Plaintiffs, SEALAND INVESTMENT

CORP., ATLANTIC WIND LTD. and EASTWIND TRANSPORT, LTD., as to

Defendant INGOSSTRAKH INSURANCE COMPANY, pursuant to Rule

41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The

Defendant has not appeared, answered, or filed a motion for summary judgment

in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
      May 28, 2008

By:

      CHALOS, O'CONNOR & DUFFY LLP
      Attorneys for Plaintiffs,

      Owen F. Duffy (OD-3144)
      366 Main Street
      Port Washington, New York 11050
      Tel: 516-767-3600 / Fax: 516-767-3605

**SO ORDERED:**
Dated: New York, New York
     May 9, 2008

Hon. Naomi Reice Buchwald, U.S.D.J.